# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARGUETA, <br>       Petitioner, <br>  vs. <br> ERIC H. HOLDER, Attorney General, <br>       Respondent. | CASE NO. 14cv1009 WQH (JLB) <br><br> ORDER |

HAYES, Judge:

  On April 18, 2014, Petitioner Carlos Argueta, proceeding pro se, filed a Motion for Emergency Stay of Removal.[1] (ECF No. 1). Petitioner also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). (ECF No. 2).

  On April 24, 2014, Respondent filed the Response to Motion for Stay of Removal and Notice of Intent to Execute Removal Order On or After May 7, 2014. (ECF No. 3).

  Petitioner alleges that he was charged with "being a native and citizen of El Salvador who entered the United States without admission or parole..." and is currently being detained by the Department of Homeland Security at the El Centro ICE Processing Center. (ECF No. 1 at 2). Petitioner alleges that he was "put on removal proceedings by the DHS-ICE for admitting to ... violating Section [] 212(a)(6)(A)(I) of the [Immigration and Nationality Act] as an alien present in the United States without

---

[1] The Clerk's Office docketed the Motion as a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

being admitted or paroled...." *Id.* Petitioner alleges that "... he also sought relief in the form of Asylum and Withholding of Removal." *Id.* Petitioner alleges that he was "found to be removable as charged and denied his Asylum application, and ordered to be removed from the United States and deported to his citizen country of El Salvador." *Id.*

Petitioner requests an order from the Court granting a temporary stay of removal while he appeals his removal to the Ninth Circuit Court of Appeals. *Id.* at 4. Petitioner does not seek release or claim that he is "in custody in violation of the Constitution or laws of the United States." 28 U.S.C. § 2241. Petitioner cites no jurisdictional statute or other authority which would allow this Court to stay his removal while the Court of Appeals considers his appeal. The Court finds that it does not have jurisdiction over Petitioner's Motion for Emergency Stay of Removal.

IT IS HEREBY ORDERED that the Motion for Emergency Stay of Removal (ECF No. 1) is DENIED.

IT IS FURTHER ORDERED that the Application to Proceed In Forma Pauperis (ECF No. 2) is DENIED as moot.

The Clerk of Court shall close the case.

DATED: May 2, 2014

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge